EXHIBIT 4

WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PETER J. GUTOWSKI
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▵
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▵
WILLIAM J. PALLAS*▵
GINA M. VENEZIA*▵
JUSTIN T. NASTRO*
MANUEL A. MOLINA
DANIEL J. FITZGERALD*†▵
BARBARA G. CARNEVALE*
ERIC J. MATHESON*
MICHAEL D. TUCKER*◊
RYAN BYRNES*
WILLIAM H. YOST*
J. TANNER HONEA*▵
YAAKOV U. ADLER
MICHAEL J. DEHART
ADAM DEITZ†
MATTHEW J. PALLAY*
CODY KING

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▵ ALSO ADMITTED IN WASHINGTON, D.C.
* ALSO ADMITTED IN LOUISIANA
◊ ALSO ADMITTED IN PENNSYLVANIA
^ ALSO ADMITTED IN TEXAS

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

NEW JERSEY OFFICE
103 EISENHOWER PARKWAY, SUITE 400
ROSELAND, N.J. 07068
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
246 MARGHERITA LAWN
STRATFORD, CT 06615
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

OF COUNSEL
GEORGE B. FREEHILL
PATRICK J. BONNER*
MARK F. MULLER
HILARY K. JONCZAK‡

‡ ADMITTED IN FLORIDA ONLY. PRACTICE
LIMITED TO FEDERAL ADMINISTRATIVE LAW

July 22, 2020

Our Ref: 345-20/PJG
Your Ref:  LMP 4957

Patrick F. Lennon, Esq.
Lennon Murphy & Phillips LLC
1599 Post Road East
Westport, CT
06880

Re:   M/T Ridgebury Progress
C/P November 20, 2019
SDNY 20-cv-05198

Dear Pat,

We refer to our multiple telephone discussions and email traffic over the last week regarding the subject charter, and write in response to your request for further details in connection with the losses and damages our clients have suffered in connection with this voyage.

As previously outlined, we represent the charterer Laurel Shipping LLC, as well as the shipper and consignee of the subject cargo.  As a consequence of the breaches by the vessel interests, including your clients' (*i.e.* Seawolf Tankers Inc. as disponent owner and its manager Heidmar Inc.) breach of the November 20, 2019 charter, as well as the breach by the vessel owning interests (including the registered owner Ridgebury Kilo LLC and the vessel manager Ridgebury Tankers) of the bills of lading, our clients have suffered tremendous losses due to the failure to deliver the cargo as contemplated under the governing contracts.

529400.1

In this respect, our clients suffered market losses of approximately $17 million based upon the difference in value of the product between the time it should have been delivered as compared to the value when the vessel finally arrived -- months after the expected delivery date following repeated breakdowns during the voyage due to multiple unseaworthy and improper maintenance conditions.  In addition, our clients incurred logistical expenses in connection with the need to dispose of the product so far beyond the contemplated delivery, presently estimated at $2.7 million.

As you can appreciate, the calculation of the losses is under active review and there may be adjustments which increase the total claim as we compile and evaluate all of the activities that were undertaken in response to the abysmal performance of the contracts.  As such, these figures are submitted without prejudice to our clients' rights to make any appropriate adjustment(s) that may be necessary to reflect the full measure of the damages suffered in this situation.

On behalf of our clients, we hereby make demand for payment of these sums, together with any additional damages and losses as may be revealed in the coming weeks as we continue to review with our clients the ramifications of this carriage.  Please ensure that your clients retain all documents, materials, communications and email traffic relating to this situation, including but not limited to the contract(s), the performance of the voyage and the condition of/repairs to the vessel both before and during the voyage.

This communication is without prejudice to our clients' rights under the applicable contracts, at law and equity, all of which are reserved.

Very truly yours,

Freehill Hogan & Mahar, LLP

Peter J Gutowski

FREEHILL, HOGAN & MAHAR LLP