UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/17/2020

-----------------------------------------------------X

SEAWOLF TANKERS INC. and                  :
HEIDMAR INC.,                             :
                                          :
                     Plaintiffs,          :
                                          :
        - against -                       :
                                          :
RIDGEBURY KILO LLC,                       :        Case No. 20-cv-6434 (RA)
                                          :
                     Defendant,           :
                                          :
DNB BANK ASA, RV4 FLEET                   :
FINANCE LLC and RIDGEBURY V4              :
INVESTMENTS LLC,                          :
                                          :
                     Garnishees.          :

-----------------------------------------------------X

## ORDER APPOINTING SPECIAL PROCESS
## SERVER PURSUANT TO F.R.C.P. RULE 4(c)

An application having been made by counsel for Plaintiffs for an Order Appointing a Special Process Server pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Affidavit of Kevin J. Lennon, sworn to on August 13, 2020 and good cause shown having been shown, it is hereby

ORDERED that Kevin J. Lennon or any other partner, associate, paralegal or agent of Lennon, Murphy & Phillips, LLC, be, and is hereby, appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiffs) may hold assets of, or on account of, the Defendant.

SO ORDERED.

Dated:      August 17, 2020
            New York, New York

Ronnie Abrams
United States District Judge