|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------X<br>SEAWOLF TANKERS INC. and<br>HEIDMAR INC.,<br><br>               Plaintiffs,<br><br> - against -<br><br>RIDGEBURY KILO LLC,<br><br>               Defendant,<br><br>DNB BANK ASA, RV4 FLEET<br>FINANCE LLC and RIDGEBURY V4<br>INVESTMENTS LLC,<br><br>               Garnishees.<br>------------------------------------------------------X | **USDC-SDNY**<br>**DOCUMENT**<br>**ELECTRONICALLY FILED**<br>**DOC#:**<br>**DATE FILED:** 8/28/2020<br><br><br><br><br><br>No. 20-cv-6434 (RA)<br><br>**ORDER** |

RONNIE ABRAMS, United States District Judge:

      On August 17, 2020, the Court issued an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment, Dkt. 10, and an Order appointing a special process server pursuant to Federal Rule of Civil Procedure 4(c), Dkt. 9.  The Court provided that "following initial service by the U.S. Marshal, or other designated process server, upon the above garnishee(s) . . . supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to any garnishee(s)." Dkt. 10.

      On August 26, 2020, Plaintiffs filed a letter stating:

> [W]e were advised by our process server that due to COVID19 that DNB Bank ASA is not currently occupying its offices located at 200 Park Avenue, New York, NY 10166. As a result, we had our process server proceed with service on DNB Bank ASA's agent for process of service – CT Corporation System. Service was made on August 21, 2020 but we have not, as yet, received any response from DNB Bank ASA.

Dkt. 12. Plaintiffs seek an order authorizing supplemental service on Garnishee DNB Bank ASA via email and/or facsimile "[o]ut of an abundance of caution and in order to ensure that process has been received by DNB Bank ASA, such that the writ of attachment may be promptly process[ed] and serve its intended purpose." Courts in this district have held that after initial personal service, a party may serve process of maritime garnishment and attachment "electronically as well as physically" on a garnishee under the Federal Supplemental for Admiralty or Maritime Claims. *Navalmar (U.K.) Ltd. v. Welspun Gujarat Stahl Rohren, Ltd.*, 485 F. Supp. 2d 399, 410 (S.D.N.Y. 2007). Accordingly, Plaintiffs' letter motion for authorization of service by electronic mail and facsimile is granted, and it is hereby:

ORDERED that Kevin J. Lennon or any other partner, associate, paralegal or agent of Lennon, Murphy & Phillips, LLC, be, and is hereby, appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the Garnishee DNB Bank ASA via emails:

bjorn.hammerstad@dnb.no, ava.vispo@dnb.no. and/or facsimile (212) 681-3900.

SO ORDERED.

Dated:   August 28, 2020
         New York, New York

_____
Ronnie Abrams
United States District Judge