```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SEAWOLF TANKERS INC. and
HEIDMAR INC.,

        Plaintiffs,

- against -

RIDGEBURY KILO LLC,      Case No. 20-cv-6434 (RA)

        Defendant,

DNB BANK ASA, RV4 FLEET
FINANCE LLC and RIDGEBURY V4
INVESTMENTS LLC,

        Garnishees.
------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

      On August 18, 2020, the Court set an initial conference for September 18, 2020 at 2:15 PM and directed the parties to file a joint letter and proposed case management plan by September 11, 2020. Dkt. 11. The Court further ordered Plaintiffs to serve Defendant and Garnishees with a copy of its Order and to file an affidavit on ECF certifying that such service has been effectuated. Plaintiffs have not yet filed an affidavit of service, and Defendant has not yet appeared in this action. No later than September 15, 2020, Plaintiffs shall file a letter on the status of service in this action, and shall inform the Court whether it seeks an adjournment of the September 18, 2020 conference.

SO ORDERED.

Dated:    September 14, 2020
           New York, New York

_____
Ronnie Abrams
United States District Judge