UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAWOLF TANKERS INC. and, HEIDMAR INC., <br><br> Plaintiffs, <br><br> - against - <br><br> RIDGEBURY KILO, <br><br> Defendant, <br><br> DNB BANK ASA, RV4 FLEET FINANCE LLC and RIDGEBURY INVESTMENTS LLC, <br><br> Garnishees. | Case No. 1:20-cv-06434 (RA) <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE THAT,** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, Seawolf Tankers Inc. and Heidmar Inc., by and through its attorneys of record, dismisses this action without prejudice and without costs to any party.

Dated: September 16, 2020
       New York, New York

HOLLAND & KNIGHT LLP

By: */S/ James H. Power*
James H. Power
31 West 52nd Street
New York, NY 10019
Telephone: (212) 513-3494
james.power@hklaw.com
*Attorneys for Seawolf Tankers Inc.*
*and Heidmar Inc.*